IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                No. CV 22-183 JHR/CG

$452,419.56 in Funds from Bank of America
Accounts Ending 7636, 7924, 3724, 0844 AND 0857,

$2,750.08 in Funds from Bank of America Account
Ending 3753,

    and

2017 Volvo XC60, VIN: YV440MDR9H2027406,

    Defendants-in-rem.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that all parties shall meet and confer, and file a joint status report by no later than **June 15, 2022**, informing the Court whether the parties wish for the Court to set a discovery schedule in this matter.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE