IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                  No. CV 22-183 JHR/CG

$452,419.56 in Funds from Bank of America
Accounts Ending 7636, 7924, 3724, 0844 AND 0857,

$2,750.08 in Funds from Bank of America Account
Ending 3753,

    and

2017 Volvo XC60, VIN: YV440MDR9H2027406,

    Defendants-in-rem.

## ORDER GRANTING MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court upon Claimant Sheryl Williams Stapleton's *Motion to Stay Civil Forfeiture Proceedings* (the "Motion"), (Doc. 14), filed May 23, 2022. In the Motion, Ms. Williams Stapleton asks the Court to stay these proceedings, pursuant to 18 U.S.C. § 981(g)(2), pending the underlying state court criminal proceeding, D-202-2021-1811. *Id.* at 1-3. No other party has filed a response in opposition to the Motion, and the time for doing so has passed. *See* D.N.M. LR-Civ. 7.1(b) ("A response must be served and filed within fourteen (14) calendar days after service of the motion."). The Court, having considered the Motion and noting it is unopposed, finds good cause to stay these proceedings.

**IT IS THEREFORE ORDERED** that all discovery and case deadlines in this matter shall be stayed pending resolution of the underlying state court criminal proceeding.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE